**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

William A. Hirst – #036401

_____/

No. C 13-80079 WHA

**ORDER OF SUSPENSION**

Because William A. Hirst has failed to respond to the order to show cause, Mr. Hirst's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: September 3, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE